ALICE T. S. DAMON, Respondent, *v.* CLAUDE H. DAMON, Appellant.

*Husband and wife — divorce — sufficiency of evidence to sustain finding of adultery.*

*Damon* v. *Damon,* 217 App. Div. 734, affirmed.

(Argued October 13, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1926, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for divorce. Appellant contended that the finding of adultery was against the weight of evidence.

*George Gordon Battle* and *Preston B. Handy* for appellant.
*George Lion Cohen* and *Jacob S. Eisinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.